# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT FORREST GREEN, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NORMAN, Oklahoma, a municipal corporation,<br><br>    Defendant. | Case No. CIV-17-510 D |

## JUDGMENT

This action comes before the Court upon the Application of Plaintiff Robert Green (Green), and Defendant City of Norman (City), in which the Court was advised that the parties consented to settlement of all claims alleged by Plaintiff Green without an admission of liability and entry of judgment against the City of Norman in the total amount of Two Hundred Fifty Thousand Dollars and 00/100ths Dollars ($250,000.00).

**IT IS ORDERED AND ADJUDGED** that the Plaintiff Green recover from Defendant City of Norman the sum of Two Hundred Fifty Thousand Dollars and 00/100ths Dollars ($250,000.00), which sum is inclusive of costs and attorneys' fees.

**IT IS ORDERED AND ADJUDGED** that all issues between Robert Green and the City of Norman have now been resolved, and no further issue remains among said parties.

DATED this 14th day of January, 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

s/ *Rickey J. Knighton II*
Rickey J. Knighton II, OBA No. 17257
Assistant City Attorney
Kristina L. Bell, OBA No. 21597
Assistant City Attorney
P.O. Box 370
201 West Gray
Norman, Oklahoma 73070
Telephone: (405) 217-7700
Facsimile: (405) 366-5425
Email: rick.knighton@normanok.gov
Email: kristina.bell@normanok.gov

*Attorneys for City of Norman*


s/ *Mark Hammons*
(Signed by filing Counsel with Permission of Plaintiff's Attorney)
Mark Hammons, OBA No. 3784
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Fax: (405) 235-6100
Email: cheri@hammonslaw.com

*Attorneys for Robert Green*