**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROBERT FORREST GREEN, SR., )<br>)<br>          Plaintiff, )<br>)<br>v.            )    No. CIV-17-510-D<br>)<br>THE CITY OF NORMAN, Oklahoma )<br>a municipal corporation, )<br>)<br>          Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 30TH DAY OF JANUARY, 2019**.

s/ Mark Hammons
HAMMONS, GOWENS, HURST
& ASSOCIATES
Mark Hammons, OBA #3784
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amberashby@hammonslaw.com
*Counsel for Plaintiff*

s/Rick Knighton
Rickey J. Knighton II, OBA #017257
Assistant City Attorney
Kristina L. Bell, OBA #21597
Assistant City Attorney
P.O. Box 370
Norman, OK 73070
Telephone: 405-217-7700
Facsimile:  405-366-5425
rick.knighton@normanok.gov
kristina.bell@normanok.gov
*Counsel for Defendant*